# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Adler v. Gruma Corp.

USCA NO.: 23-3177

LOWER COURT or AGENCY and DOCKET NUMBER:
U.S. District Court for the District of New Jersey, No. 3:33-cv-06598

NAME OF JUDGE: Honorable Robert Kirsch

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

(1) This action arises out of an agreement between Plaintiffs and Defendant to distribute Defendant's products in New Jersey. Plaintiffs allege that Defendant misclassified them as independent contractors when they were in fact employees and/or franchisees of Defendant's. In addition, Plaintiffs allege that Defendant improperly terminated them in retaliation for engaging in protected activity, including coordinating with other distributors and consulting with legal counsel.

(2) Plaintiffs-Appellants are Charles L. Adler, Grant Adler, and C. M. Adler, LLC. Defendant-Appellee is Gruma Corporation, d/b/a Mission Foods and Guerrero Mexican Food Products, etc.

(3) Plaintiffs seek monetary damages, declaratory and injunctive relief as well as relief pursuant to New Jersey common law, including damages for unjust enrichment and rescission. The amount in controversy exceeds $75,000.

(4) On November 13, 2023, the U.S. District Court for the District of New Jersey granted Defendant-Appellee's motion to dismiss and compel arbitration.

**LIST** and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

November 13, 2023 Opinion Granting Defendant's Motion to Dismiss and Compel Arbitration and Dismissing Plaintiffs' Complaint (ECF No. 18)

November 13, 2023 Order Granting Defendant's Motion to Dismiss and Compel Arbitration, Ordering Plaintiffs to Submit Their Claims to Arbitration, Dismissing Plaintiffs' Complaint, and Ordering the Clerk of the Court to Close the Case (ECF No. 19)

Copies of the district court's Opinion and Order are attached.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

This action arises out of an agreement for Plaintiffs Charles L. Adler, Grant Adler, and C. M. Adler, LLC to distribute Defendant Gruma Corp.'s products in New Jersey. Gruma terminated the distribution agreement after learning that the Adlers had coordinated with other distributors and consulted with legal counsel about their rights under the agreement.

On November 14, 2022, Plaintiffs initiated this action against Defendant in the district court, alleging that Defendant violated federal and state labor laws by treating Plaintiffs as independent contractors instead of franchisees and/or employees, and by unlawfully terminating their independent distribution agreement in retaliation for engaging in protected activity. Additionally, Defendants violated New Jersey state franchise law by terminating the Plaintiffs' franchise "without cause". Plaintiffs brought claims under the Fair Labor Standards Act, the New Jersey Wage Payment Law, the New Jersey Wage and Hour Law, and the New Jersey Franchise Practices Act. Plaintiffs also brought claims for rescission, unjust enrichment, and breach of the covenant of good faith and fair dealing under New Jersey law, and declaratory judgment.

On February 13, 2023, Defendant moved to dismiss and compel arbitration based on a purported arbitration clause in the parties' distribution agreement. The district court granted that motion on November 13, 2023.

Identify the issues to be raised on appeal:

Whether the district court erred in granting Defendant's motion to dismiss and compel arbitration

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 22 day of December, 20 23.

_____
Signature of Counsel

Rev. 07/2015