No. 23-3177

**In the United States Court of Appeals
for the Third Circuit**

———————————————

CHARLES ADLER, ET AL.,
*Plaintiffs-Appellants,*

v.

GRUMA CORP.,
*Defendant-Appellee.*

———————————————

On Appeal from the United States District Court for the District of New Jersey, Case No. 3:22-cv-06598-RK-DEA

———————————————

**APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THEIR BRIEF AND APPENDIX**

———————————————

| | |
|---|---|
| Hannah M. Kieschnick<br>PUBLIC JUSTICE<br>475 14th St., Ste. 610<br>Oakland, CA 94612<br>(510) 622-8150<br>hkieschnick@publicjustice.net | Stephen J. Brown<br>David Chen<br>BLEAKLEY PLATT & SCHMIDT, LLP<br>One North Lexington Ave.<br>White Plains, NY 10601<br>(914) 949-2700<br>sbrown@bpslaw.com<br>dchen@bpslaw.com |

*Counsel for Plaintiffs-Appellants*

## UNOPPOSED MOTION FOR AN EXTENSION

Pursuant to Federal Rule of Appellate Procedure 26 and Third Circuit Rule 31.4, Plaintiffs-Appellants Charles Adler, et al., respectfully request a 28-day extension of time in which to file Appellants' Brief and Appendix in this case. The brief and appendix are currently due February 26, 2024. If the request were granted, Appellants' Brief and Appendix would be due March 25, 2024. Defendant-Appellee Gruma Corp. consents to such an extension. In support of their request, Appellants state as follows:

1. This is Appellants' first request for an extension of time in this appeal.

2. The requested extension is necessary in light of the preexisting obligations of appellate counsel, including an appellate brief in *Pike v. Budd*, No. 23-1593 (1st Cir.) due on February 7, an appellate brief in *Dunn v. Santa Fe Natural Tobacco Co.*, No. 23-2180 (10th Cir.) due February 26, 2024, and an appellate brief in *Espin v. Citibank, N.A.*, No. 23-2083 (4th Cir.) also due February 26, 2024, as well as several amicus briefs due in February.

3. Counsel for Appellee consent to the requested extension.

For the foregoing reasons, there is good cause for an extension of time. Appellants respectfully request such an extension of time, to and including March 25, 2024, in which to file their Appellants' Brief and Appendix.

January 25, 2024　　　　　　　　Respectfully submitted,

/s/ Hannah M. Kieschnick
Hannah M. Kieschnick
Public Justice
475 14th St., Ste. 610
Oakland, CA 94612
(510) 622-8150

Stephen J. Brown
David Chen
Bleakley Platt & Schmidt, LLP
One North Lexington Ave.
White Plains, NY 10601
(914) 949-2700

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I certify that on January 25, 2024, I electronically filed the foregoing Appellants' Unopposed Motion for an Extension of Time in Which to File Their Brief and Appendix via the CM/ECF system and served all parties or counsel via CM/ECF system.

/s/ Hannah M. Kieschnick
Hannah M. Kieschnick