No. 23-3177

---

**In the United States Court of Appeals
for the Third Circuit**

——————————————

CHARLES ADLER, ET AL.,
*Plaintiffs-Appellants*,

v.

GRUMA CORP.,
*Defendant-Appellee.*

——————————————

On Appeal from the U.S. District Court for the District of New Jersey,
Case No. 3:22-cv-06598-RK-DEA (Honorable Robert Kirsch)

——————————————

**APPELLANTS' STATEMENT REGARDING ORAL ARGUMENT**

——————————————

| | |
|---|---|
| Hannah M. Kieschnick | Stephen J. Brown |
| PUBLIC JUSTICE | Susan E. Galvão |
| 475 14th St., Ste. 610 | David Chen |
| Oakland, CA 94612 | BLEAKLEY PLATT & SCHMIDT, LLP |
| (510) 622-8150 | One North Lexington Ave. |
| hkieschnick@publicjustice.net | White Plains, NY 10601 |
| | (914) 949-2700 |
| Shelby Leighton | sbrown@bpslaw.com |
| PUBLIC JUSTICE | sgalvao@bpslaw.com |
| 1620 L St. NW, Ste. 630 | dchen@bpslaw.com |
| Washington, DC 20036 | |
| (202) 797-8600 | |
| sleighton@publicjustice.net | |

*Counsel for Plaintiffs-Appellants*

**STATEMENT REGARDING ORAL ARGUMENT**

Pursuant to Local Appellate Rule 34.1(b), Appellants Charles Adler, Grant Adler, and C. M. Adler LLC, by and through their undersigned counsel, respectfully request that oral argument be granted in this case. This case raises important legal issues regarding the Federal Arbitration Act (FAA), 9 U.S.C. § 1 *et seq.*, including whether the FAA's § 1 exemption of contracts of employment of workers engaged in interstate commerce applies to last-mile delivery drivers, whether a court must analyze the application of that exemption as a threshold matter before compelling arbitration, and whether a party may waive their ability to enforce a delegation clause. This case also raises important questions regarding the choice-of-law analysis contemplated by the Restatement (Second) of Conflict of Laws § 187(2)(b) and this Court's precedent, and regarding the enforcement of an arbitration agreement against non-signatories. These issues implicate the interpretation and application of recent precedent from the Supreme Court, *see, e.g.*, *Bissonnette v. LePage Bakeries Park St., LLC*, 601 U.S. 246 (2024); *Coinbase, Inc. v. Suski*, 144 S. Ct. 1186 (2024); *Morgan v. Sundance, Inc.*, 596 U.S. 411 (2022), and this Court, *see, e.g.*, *Harper v. Amazon.com Servs., Inc.*, 12 F.4th 287 (3d Cir. 2021). As such, oral argument would assist the Court in resolving the substantial legal issues presented by this appeal. *See* 3d Cir. I.O.P. § 2.4. Moreover, resolution of several issues presented in this appeal may be of precedential value. *Id.*

Appellants respectfully request 20 minutes of argument time for each side.

Dated: June 13, 2024

Respectfully submitted,

/s/ Stephen J. Brown
Stephen J. Brown
Susan E. Galvão
David Chen
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Ave.
White Plains, NY 10601
(914) 949-2700
sbrown@bpslaw.com
dchen@bpslaw.com

/s/ Hannah M. Kieschnick
Hannah M. Kieschnick
Public Justice
475 14th St., Ste. 610
Oakland, CA 94612
(510) 622-8150
hkieschnick@publicjustice.net

Shelby Leighton
PUBLIC JUSTICE
1620 L St. NW, Ste. 630
Washington, DC 20036
(202) 797-8600
sleighton@publicjustice.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, the foregoing was served via the Court's electronic case management system upon all counsel of record.

Dated: June 13, 2024

/s/ Hannah M. Kieschnick
Hannah M. Kieschnick
*Counsel for Plaintiffs-Appellants*