UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-3177
_____

CHARLES L. ADLER; GRANT ADLER;
CM ADLER, LLC,
　　　　　　　　　Appellants

v.

GRUMA CORPORATION, DBA Mission
Foods; GUERRERO MEXICAN FOOD
PRODUCTS, Etc.

_____

(D.C. No. 3:22-cv-06598)
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, SCIRICA, RENDELL,[*] Circuit Judges.

　　The Petition for Rehearing filed by Appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

[*] Pursuant to Third Circuit I.O.P. 9.5.3., the votes of Judges Scirica and Rendell are limited to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　 s/ MARJORIE O. RENDELL
　　　　　　　　　　　　　　　　Circuit Judge

Dated: May 22, 2025

kr/cc: All  Counsel of Record